**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 95-7840**

—————————

KEITH P. BROWN,

Plaintiff - Appellant,

versus

BEN WILSON, Grievance Coordinator; JOHN M.
PRICE, Acting Warden, Baltimore City Deten-
tion; MARSHA BROADDUS, Director of Health
Services, Baltimore City Detention Center,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
95-588-CCB)

—————————

Submitted: March 21, 1996        Decided: April 10, 1996

—————————

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Keith P. Brown, Appellant Pro Se. John Joseph Curran, Jr., Attor-
ney General, Evelyn Omega Cannon, Assistant Attorney General,
Regina Hollins Lewis, Assistant Attorney General, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Brown v. Wilson, No. CA-95-588-CCB (D. Md. Nov. 8, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED